IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| RICHARD DAVIS and <br> DEBORAH DAVIS, <br>      Plaintiffs, <br><br> v. <br><br> CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION; CAPITAL ONE, N.A., <br><br>      Defendants. | CIVIL ACTION NO: 3:17-cv-01404 |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs Richard and Deborah Davis and Defendants Capital One Bank (USA), N.A. and Capital One, N.A. (collectively the "Parties") by and through their undersigned counsel, hereby notify the Court that a settlement in principal has been reached between the Parties. The Parties are presently finalizing the settlement.

The Parties, therefore, respectfully request this Honorable Court to stay all current settings and deadlines, and to give the Parties sixty (60) days to finalize the settlement and to file a stipulation of dismissal with the Court.

29439513 v1

Respectfully submitted: April 3, 2017

| | |
|---|---|
| */s/ Reid S. Manley* | */s/ Benjamin M. Sheridan* |
| Reid S. Manley (WV Bar No. 9598) | Benjamin M. Sheridan (WV Bar No. 11296) |
| BURR & FORMAN LLP | Klein & Sheridan, LC |
| 420 20th Street North, Suite 3400 | 3566 Teays Valley Road |
| Birmingham, Alabama 35203 | Hurricane, WV 25526 |
| Tel:  (205) 458-5439 | Tel:  (304) 562-7111 |
| Fax:  (205) 244-5675 | Fax: (304) 562-7115 |
| | |
| *Counsel for Defendants Capital One Bank (USA), N.A. and Capital One, N.A.* | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of April 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide notice of the filing to all parties of record.

          */s/ Reid S. Manley*
          Reid S. Manley (WV Bar No. 9598)
          BURR & FORMAN LLP
          420 20th Street North, Suite 3400
          Birmingham, Alabama 35203
          Tel:  (205) 458-5439
          Fax:  (205) 244-5675