IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

RICHARD DAVIS and
DEBORAH DAVIS,
    Plaintiffs,

v.                                      CIVIL ACTION NO. 3:17-cv-01404

CAPITAL ONE BANK (USA), NATIONAL
ASSOCIATION; CAPITAL ONE, N.A.,
    Defendants.

## STIPULATION OF DIMISSAL

The parties have advised the Court that the above-styled civil action has been Compromised and settled. Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of the Court.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

**IT IS SO ORDERED,**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTERED:

                                               _____
                                               Honorable Robert C. Chambers
                                               United States District Judge

| Prepared By: | Agreed to By: |
|---|---|
| /s/Benjamin Sheridan_____ | Reid S. Manley_____ |
| Benjamin Sheridan (#11296) | Reid S. Manley (WV #9598) |
| Klein & Sheridan, LC | Burr Forman |
| 3566 Teays Valley Road | 420 20th Street North, Suite 3400 |
| Hurricane, WV 25526 | Birmingham, AL 35203 |
| (304) 562-7111 | (205) 458-5439 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |