## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON DIVISION

**RICHARD DAVIS and
DEBORAH DAVIS,**
           **Plaintiffs,**

**v.**                                          **CIVIL ACTION NO. 3:17-cv-01404**

**CAPITAL ONE BANK (USA), NATIONAL
ASSOCIATION; CAPITAL ONE, N.A.,**
           **Defendants.**

### STIPULATION OF DIMISSAL

The parties have advised the Court that the above-styled civil action has been

Compromised and settled. Therefore, it is **ORDERED** that this civil action be, and the same is

hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of the Court.

The parties need not submit any additional proposed dismissal or other final order unless

it is required by law or is necessary under the terms of any agreement resolving this civil action.

**IT IS SO ORDERED,**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any

unrepresented party.

ENTERED:  5/15/17                   _____

                                   Honorable Robert C. Chambers
                                   United States District Judge

Prepared By:                        Agreed to By:
/s/Benjamin Sheridan                Reid S. Manley
Benjamin Sheridan (#11296)          Reid S. Manley (WV #9598)
Klein & Sheridan, LC                Burr Forman
3566 Teays Valley Road              420 20th Street North, Suite 3400
Hurricane, WV 25526                 Birmingham, AL 35203
(304) 562-7111                      (205) 458-5439
*Counsel for Plaintiff*             *Counsel for Defendant*